# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 18-09838-AG (DFM) | Date: | April 30, 2019 |
|---|---|---|---|
| Title | Alfonso Cuevas v. California Men's Colony – West Main Kitchen, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause re: Failure to Prosecute**

    Plaintiff filed his Complaint on November 16, 2018. See Dkt. 1. On January 15, 2019, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file a First Amended Complaint (FAC) within 35 days. See Dkt. 8. On January 16, 2019, Plaintiff filed a notice of change of address. See Dkt. 9. On March 8, 2019, the Court re-sent Dkt. 8 to Plaintiff's updated address in this case and ordered Plaintiff to file a FAC within 30 days. See Dkt. 11.

    Plaintiff did not file an amended complaint by the deadline. Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to show good cause in writing why the Court should not dismiss this action for failure to prosecute. **Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**