JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ALFONSO CUEVAS, | Case No. CV 18-09838-AG (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CALIFORNIA MEN'S COLONY-WEST MAIN KITCHEN et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and entire action is dismissed without prejudice for failure to prosecute.

Date: November 9, 2019

_____
ANDREW J. GUILFORD
United States District Judge